JS-6

LAURIE A. TRAKTMAN (SBN 165588)
STEVEN M. REHAUT (SBN 121710)
BENJAMIN M. O'DONNELL (SBN 309119)
**GILBERT & SACKMAN**
**A Law Corporation**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Facsimile: (323) 937-3139
email: lat@gslaw.org

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF SHEET METAL WORKERS LOCAL 105 RETIREES' SUPPLEMENTAL HEALTH CARE TRUST FUND; BOARD OF TRUSTEES OF SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; INTERNATIONAL ASSOCIATION OF SHEET METAL AIR, RAIL AND TRANSPORTATION WORKERS, LOCAL UNION NO. 105 UNION DUES CHECK-OFF AND DEFERRED SAVINGS FUND; BOARD OF TRUSTEES OF SOUTHERN CALIFORNIA LABOR MANAGEMENT COOPERATION TRUST; BOARD OF TRUSTEES OF SHEET METAL AND AIR CONDITIONING CONTRACTORS NATIONAL ASSOCIATION OF | Case No.  5:21-cv-00888-JGB-SHKx<br><br>Hon. Jesus G. Bernal<br><br>**JUDGMENT IN FAVOR OF PLAINTIFFS** |

JUDGMENT

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15 | SOUTHERN CALIFORNIA; BOARD OF TRUSTEES OF SHEET METAL WORKERS LOCAL 105 HEALTH REIMBURSEMENT PLAN, BOARD OF DIRECTORS OF THE SHEET METAL AND AIR CONDITIONING APPRENTICESHIP AND JOURNEYMAN TRAINING FUND OF SAN DIEGO; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 206 SECTION 401(A) PLAN; SHEET METAL WORKERS LOCAL 105 WORKING DUES; AND BOARD OF DIRECTORS OF THE SHEET METAL AND AIR CONDITIONING CONTRACTORS OF SAN DIEGO INDUSTRY FUND, INC,<br><br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>SO CAL TESTING & BALANCING LLC; and BRAYDEN PAUL REYNOLDS,<br><br>　　　Defendants. | |

On June 22, 2022, Defendants made an offer of judgment to Plaintiffs pursuant to Rule 68 of the Federal Rules of Civil Procedure. Plaintiffs accepted the offer in writing on June 28, 2022. The offer and acceptance were filed with the Court on June 29, 2022 (Dkt. #39).

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

Pursuant to the accepted offer of judgment, Defendants SO CAL TESTING & BALANCING LLC, and BRAYDEN PAUL REYNOLDS are jointly and severally liable for and shall pay to Plaintiffs a total judgment amount of $25,000.

All parties shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: July 25, 2022

Hon. Jesus G. Bernal,
United States District Judge